**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-7890**

---

MARK RYLAND DOWDY,

             Plaintiff - Appellant,

        v.

LOUISA COUNTY; TIMOTHY SANNER; TOM GARRETT; RUSSELL MCGUIRE;
ASHLEY DAVENPORT; DONALD LOWE; JEFFREY SIMS; DEPUTY M.
SILBERMAN; ASHLAND FORTUNE,

             Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, District
Judge. (7:12-cv-00308-MFU-RSB)

---

Submitted:  February 21, 2013       Decided:  February 26, 2013

---

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mark Ryland Dowdy, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Ryland Dowdy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dowdy v. Louisa Cnty., No. 7:12-cv-00308-MFU-RSB (W.D. Va. Oct. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED